Resources as to whether MetroHealth would relax the isolation requirements of unvaccinated employees due to the Center for Disease Control's August 11, 2022, change in guidelines, Mrs. Martin-Ailoae was informed by Human Resources on August 22, 2022, stating that "MetroHealth's COVID-19 safety protocols for unvaccinated employees remain unchanged. As such, unvaccinated employees may not eat in congregate (group) environments such as the cafeteria, a populated break room, or with others even in small groups."  MetroHealth's punitive and retaliatory tactics against those who sought religious exemptions continue to this day, creating a toxic work environment.

338. Mrs. Martin-Ailoae is also fearful of losing her job after the end of the year, or at any time that MetroHealth chooses to change its policy again.

339. Mrs. Martin-Ailoae has been damaged in an amount to be determined at trial as a direct and proximate result of MetroHealth's actions and omissions, for which MetroHealth is liable.

### Charlotte McAllister – Named Plaintiff 30

340. Charlotte McAllister (Named Plaintiff 30) is a Registered Nurse Care Coordinator employed by Defendant MetroHealth.

341. Ms. McAllister submitted an exemption request to the MetroHealth vaccine mandate based upon her sincerely held religious belief.

342. Ms. McAllister is extremely scared of being fired, as she is not in a position to lose her job or insurance.  The situation created by MetroHealth put her in a no-win situation, as she felt torn—she absolutely did not want to receive the vaccine, but she also couldn't afford to lose her job. She has described it as feeling violated, as if forced to do something against her will.

343. On February 7, 2022, Ms. McAllister was notified by MetroHealth that her request was indeed denied, despite having established a "basis for exemption."