# CMS Omnibus COVID-19 Health Care Staff Vaccination Rule – Implementation Timeline

| State | Phase 1 Deadline | Phase 2 Deadline |
|---|---|---|
| Alabama | February 14, 2022 | March 15, 2022 |
| Alaska | February 14, 2022 | March 15, 2022 |
| Arizona | February 14, 2022 | March 15, 2022 |
| Arkansas | February 14, 2022 | March 15, 2022 |
| California | January 27, 2022 | February 28, 2022 |
| Colorado | January 27, 2022 | February 28, 2022 |
| Connecticut | January 27, 2022 | February 28, 2022 |
| Delaware | January 27, 2022 | February 28, 2022 |
| Distinct of Columbia | January 27, 2022 | February 28, 2022 |
| Florida | January 27, 2022 | February 28, 2022 |
| Georgia | February 14, 2022 | March 15, 2022 |
| Hawaii | January 27, 2022 | February 28, 2022 |
| Idaho | February 14, 2022 | March 15, 2022 |
| Illinois | January 27, 2022 | February 28, 2022 |
| Indiana | February 14, 2022 | March 15, 2022 |
| Iowa | February 14, 2022 | March 15, 2022 |
| Kansas | February 14, 2022 | March 15, 2022 |
| Kentucky | February 14, 2022 | March 15, 2022 |
| Louisiana | February 14, 2022 | March 15, 2022 |
| Maine | January 27, 2022 | February 28, 2022 |
| Maryland | January 27, 2022 | February 28, 2022 |
| Massachusetts | January 27, 2022 | February 28, 2022 |
| Michigan | January 27, 2022 | February 28, 2022 |
| Minnesota | January 27, 2022 | February 28, 2022 |
| Mississippi | February 14, 2022 | March 15, 2022 |
| Missouri | February 14, 2022 | March 15, 2022 |
| Montana | February 14, 2022 | March 15, 2022 |
| Nebraska | February 14, 2022 | March 15, 2022 |
| Nevada | January 27, 2022 | February 28, 2022 |
| New Hampshire | February 14, 2022 | March 15, 2022 |
| New Jersey | January 27, 2022 | February 28, 2022 |
| New Mexico | January 27, 2022 | February 28, 2022 |
| New York | January 27, 2022 | February 28, 2022 |

| | | |
|---|---|---|
| **North Carolina** | January 27, 2022 | February 28, 2022 |
| **North Dakota** | February 14, 2022 | March 15, 2022 |
| **Ohio** | February 14, 2022 | March 15, 2022 |
| **Oklahoma** | February 14, 2022 | March 15, 2022 |
| **Oregon** | January 27, 2022 | February 28, 2022 |
| **Pennsylvania** | January 27, 2022 | February 28, 2022 |
| **Rhode Island** | January 27, 2022 | February 28, 2022 |
| **South Carolina** | February 14, 2022 | March 15, 2022 |
| **South Dakota** | February 14, 2022 | March 15, 2022 |
| **Tennessee** | January 27, 2022 | February 28, 2022 |
| **Texas** | February 22, 2022 | March 21, 2022 |
| **Utah** | February 14, 2022 | March 15, 2022 |
| **Vermont** | January 27, 2022 | February 28, 2022 |
| **Virginia** | January 27, 2022 | February 28, 2022 |
| **Washington** | January 27, 2022 | February 28, 2022 |
| **West Virginia** | February 14, 2022 | March 15, 2022 |
| **Wisconsin** | January 27, 2022 | February 28, 2022 |
| **Wyoming** | February 14, 2022 | March 15, 2022 |

### Phase 1 Requirements:

- Facilities must have all policies and procedures in place for ensuring staff are fully vaccinated, providing exemptions, and tracking staff vaccinations.
- Staff at all health care facilities included within the regulation must have received, at a minimum, the first dose of a primary series or a single dose COVID-19 vaccine prior to staff providing any care, treatment, or other services for the facility and/or its patients.

### Phase 2 Requirements:

- Staff must be fully vaccinated (with the exception of those who have been granted exemptions from the COVID-19 vaccine or for those staff for whom the COVID-19 vaccination must be temporarily delayed, as recommended by CDC).

