# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **FRANK SAVEL,** | ) |
| **Plaintiff,** | ) CASE NO.: 1:22-cv-2154 |
| v. | ) JUDGE JAMES S. GWIN |
| **METROHEALTH SYSTEM,** | ) JUDGMENT |
| **Defendant.** | ) |

The Court having entered an Opinion and Order on July 12, 2023, accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: July 17, 2023

*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE