IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FRANK SAVEL, *et al.*, | ) CASE NO. 1:22-cv-02154 |
| *Plaintiffs*, | ) JUDGE JAMES S. GWIN |
| v. | ) |
| THE METROHEALTH SYSTEM, | ) **MOTION FOR DISMISSAL OF CLAIMS** |
| | ) **OF PLAINTIFF DANIELLE CROCKETT** |
| *Defendant*. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Danielle Crockett hereby moves the Court for an order dismissing her claims without prejudice in the above-captioned matter. Ms. Crockett has indicated that the demands of litigation are unduly interfering with her current employment and beyond her emotional stress tolerance at this time. There is no counterclaim filed by Defendant, and Defendant cannot arguably assert that it would be prejudiced in any way by having Ms. Crockett's claims dismissed.

Counsel for Ms. Crockett previously reached out to counsel for Defendant in an attempt to reach a stipulation on voluntary dismissal to avoid intervention of the Court. Defendant, through counsel, refused to consent to a voluntary dismissal without prejudice. *See attached* Exhibit 1. While 41(a)(2) states that, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper," Ms. Crockett would contend that the proper course of conduct at this time is to dismiss her claims without prejudice. Since the Sixth Circuit Court of Appeals has already ruled on the appropriateness of her claims, it would be improper to now dismiss those claims with prejudice given the early status of the litigation.

A proposed order is attached.

                Respectfully submitted,

                <u>   /s/ Jon A. Troyer    </u>
Jon A. Troyer (#0080888)
Richard W. Arnold (#0063367)
Arnold Gruber, Ltd.
4580 Stephen Circle, N.W., Suite 100
Canton, Ohio 44718
Telephone: (330) 563-4149
Facsimile:  (330) 526-6511
Email: jtroyer@aghattorneys.com
    rarnold@aghattorneys.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**
OHND Case No. 1:22-cv-02154-JG

    I hereby certify that a copy of the foregoing **Motion for Dismissal of Claims of Plaintiff Danielle Crockett** with **Exhibit** and **Proposed Order** was served this the 22nd day of May 2024, via electronic mail and the Court's ECF system to the following person(s):

    Stephen S. Zashin (0064557)
    Ami J. Patel (0078201)
    Natalie M. Stevens (0079963)
    Rebecca G. Singer-Miller (0103774)
    ZASHIN & RICH
    950 Main Avenue, 4th Floor
    Cleveland, Ohio 44113
    Telephone: (216) 696-4441
    Facsimile:  (216) 696-1618
    Email:  ssz@zrlaw.com
            ajp@zrlaw.com
            nms@zrlaw.com
            rsm@zrlaw.com

    *Counsel for Defendant*

                                        /s/ Jon A. Troyer
                              Jon A. Troyer (#0080888)
                              Arnold Gruber, Ltd.
                              4580 Stephen Circle, N.W., Suite 100
                              Canton, Ohio 44718
                              Telephone: (330) 563-4149
                              Facsimile:  (330) 526-6511
                              Email: jtroyer@aghattorneys.com

                              *Counsel for Plaintiffs*