IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FRANK SAVEL, ) | CASE NO. 1:22-CV-02154 |
| ) | |
| Plaintiff, ) | JUDGE DONALD C. NUGENT |
| ) | |
| v. ) | |
| ) | |
| THE METROHEALTH SYSTEM, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | (This Order Resolves Docket |
| ) | ECF #55, ECF #64, ECF #66, |
| ) | and ECF #68) |

For the reasons set forth in the Court's *Memorandum of Opinion and Order* issued in this case on this date, the Court GRANTS Defendant The MetroHealth System's *Motion for Summary Judgment* (ECF #55) on Plaintiff Frank Savel's claims of religious discrimination, as pled in Counts I (alleging violation of Title VII, 42 U.S.C, § 2000e, *et seq*.) and Count VI (alleging a violation of Ohio's anti-discrimination statute, Ohio Rev. Code § 4112) of the *Class Action Complaint for Injunctive Relief and Damages* (ECF #2).

As these claims are the only remaining claims at issue in the case, the case is hereby DISMISSED in its entirety.

Given this Court's ruling granting the *Motion for Summary Judgment*, with the result of a final dismissal of the case in its entirety, the following motions: (1) *Defendant's Motion to Exclude Dr. Stan v. Smith's Expert Reports and to Preclude Dr. Smith from Providing Expert*

*Testimony* (ECF #64); (2) *Defendant's and Non-Party Dr. Boutros' Motion to Quash Plaintiff's Subpoena Duces Tecum to Akram Boutros, M.D.* (ECF #66); and (3) *Plaintiff's Motion to Compel and Objection to the Supplemental Declaration of Amanda Calabrese* (ECF #68), are each DENIED as moot.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: October 25, 2024